**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAD GELLNER, MATTHEW RUFO and MELVYN KLEIN Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>BRENDAN KENNEDY, MICHAEL AUERBACH, REBEKAH DOPP, MARYSCOTT GREENWOOD, CHRISTINE ST. CLARE and MARK CASTANEDA<br><br>　　　　　　　Defendants,<br>TILRAY, INC.,<br><br>　　　　　　　Nominal Defendant. | Case No. 20-cv-04618(PAC)(KNF) |

## ~~PROPOSED~~ ORDER GRANTING WITHDRAWAL OF APPEARANCE OF TIFFANY A. MIAO

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration, Tiffany A. Miao, of Baker & Hostetler LLP, is hereby withdrawn as counsel for Defendants Brendan Kennedy, Michael Auerbach, Rebekah Dopp, Maryscott Greenwood, Christine St. Clare, and Mark Castaneda and Nominal Defendant Tilray, Inc.

New York NY
1/3/2022

**SO, ORDERED**

_____
U.S.D.J.